Antonio Spina, as Administrator, etc., Plaintiff, v. The City of New York, Defendant.—Motions denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Ambrose Van Tassel and Margaret Van Tassel, Appellants, v. Alonzo Brown and Others, Respondents.— Upon .filing proof of service of the affidavit and notice of motion upon the attorney for plaintiffs, the motion will be granted, and the order heretofore made resettled so as to permit defendant to interpose an answer upon the terms previously stated, setting up any equitable claim, if any, that he might have for improvements made upon the property by him, or by reason of any taxes paid by him upon said property. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Joseph Ashley, Respondent, v. The Erie Railroad Company, Appellant. — This case was submitted to the jury on the theories that they might find that either the defendant's engineer or the defendant's conductor was guilty of negligence in the handling of the train, and so caused plaintiff's injuries. We fail to find in the record any evidence of negligence on the part of either the engineer or the conductor. We are of opinion, therefore, that the judgment and order must be reversed, and the complaint dismissed, with costs. Judgment and order reversed, and complaint dismissed, with costs. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Charles A. Brown, Respondent, v. Agnes Brown, Appellant.— Order affirmed, without costs. ·No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Charles A. Brown, Respondent, v. Agnes Brown, Appellant.— Orders affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Blanche J. Ferber, Appellant, v. India Wharf Brewing Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Mary E. Lanz, Appellant, v. James P. Tossiny, Individually and as Executor, etc., Respondent, and Others, Defendants.— Judgment affirmed by default, with costs. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. John Franzone, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Thomas, Rich and Putnam, JJ., concurred; Jenks, P. J., and Stapleton, J., dissented.

The People of the State of New York, Respondent, v. Charles Henderson, Appellant.— Appeal dismissed by default. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. John Thompson, Appellant.— Judgment of conviction of the County Court of Kings county reversed, and new trial ordered, because the court erred in admitting testimony as to subsequent offenses by the defendant upon the person of the female involved. (*People* v. *Robertson*, 88 App. Div. 198.) Jenks, P. J., Burr, Rich and Stapleton, JJ., concurred; Thomas, J., dissented.